**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**THIS DOCUMENT**

**CONTAINS**

**NON-PUBLIC INFORMATION**

**PURSUANT TO**

**THE E-GOVERNMENT ACT OF 2002**

**AND**

**IS RESTRICTED FROM**

**PUBLIC VIEWING**