**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL MINUTES - TRIAL**

Case No.   SA CV00-243-AHS(ANx)                                Date: **May 14, 2009**

Title:   **BRIAN THOMAS DRUMMOND, et al. v. CITY OF ANAHEIM, etc., et al.**

================================================================================

**PRESENT: HONORABLE ALICEMARIE H. STOTLER, U.S. DISTRICT JUDGE**

| | |
|---|---|
| **Ellen N. Matheson** | **Deborah Parker** |
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
Kent M. Henderson                                                  Norman J. Watkins
                                                                                   Deborah P. Knefel

_____ DAY COURT TRIAL          **13th** DAY JURY TRIAL

_____ One day trial.  ___ Begun (1st day).  ___ Held & continued.  **X** Completed by jury verdict.

_____ Civil Peremptory Challenges by _____ FILED.   _____ Jury impaneled and sworn.

_____ Opening Statements made by _____.

_____ Witnesses called, sworn & testified.   ___ Exhibits identified.   ___ Exhibits admitted.

_____ Plaintiff(s) rests.   _____ Defendant(s) rests.

_____ Closing arguments made by _____   _____ Court instructs jury.

_____ Bailiff/matron sworn.   _____ Jury Retires to deliberate.   _____ Jury resumes deliberations.

**X**  Jury Verdict in favor of _Defendants_ is read and ordered filed.

**X**  Jury polled.   _____ Polling waived.   **X**  Jury discharged.   **X**  FILED jury note #2.

**X**  FILED Witness and Exhibit List(s).   _____ FILED Jury Instructions.

_____ JUDGMENT BY THE COURT in favor of _____ is read and FILED.

_____ FINDINGS, CONCLUSIONS OF LAW & JUDGMENT to be prepared by _____

_____ Trial stands Submitted to the Court.   _____ Briefs to be filed by _____.

_____ Motion to dismiss by _____ is ___ granted. ___ denied. ___ submitted.

_____ Motion for mistrial by _____ is ___ granted. ___ denied. ___ submitted.

_____ Motion for Judgment/Directed Verdict by _____ is ___ granted. ___ denied. ___ submitted.

_____ Settlement reached and placed on the record.

**X**  Receipt for Release of Exhibits to Counsel filed.

_____ Trial subpoenaed documents returned to subpoenaing party.

_____ Case continued to _____ for ___ further trial ___ further jury deliberations.

**X**  Other: Pursuant to counsels' request, Court orders clerk to enter judgment in accordance with the verdict.

                                                                              00 : 15
                                        Initials of Deputy Clerk:   enm