JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | _____ |
| v. | |
| | **JUDGMENT ON THE VERDICT FOR DEFENDANT(S)** |
| DEFENDANT(S). | |

    This action having been tried before the Court sitting with a jury, the Honorable _____, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

    IT IS ORDERED AND ADJUDGED that the plaintiff(s):

_____

_____

_____

take nothing; that the action be dismissed on the merits; and that the defendant(s):

_____

_____

_____

recover of the plaintiff(s) its costs of action, taxed in the sum of _____.

                                                Clerk, U. S. District Court

Dated: _____          By _____
                                                      Deputy Clerk

At: _____

cc:    Counsel of record

CV-44 (11/96)                       **JUDGMENT ON THE VERDICT FOR DEFENDANT(S)**